# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JONATHAN STEPP,** | : | |
|    Petitioner | : | |
| | : | No. 1:22-cv-964 |
| v. | : | |
| | : | (Judge Rambo) |
| **R. THOMPSON, L.S.C.I.,** | : | |
|    Respondent | : | |

## ORDER

**AND NOW**, on this 7th day of November 2022, for the reasons set forth in the Memorandum accompanying this Order, **IT IS ORDERED THAT**:

1. Petitioner Jonathan Stepp's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DENIED**; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                          s/ Sylvia H. Rambo
                                          United States District Judge